UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN GRAVES,

    Plaintiff,

v.                                                                Case No. 08-11168

WAYNE COUNTY 3rd JUDICIAL CIRCUIT
COURT, HONORABLE WENDY M. BAXTER,    HONORABLE AVERN COHN
in individual and official capacity, jointly and
severally,

    Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

This is a pregnancy discrimination case under Title VII. Defendants filed a motion to dismiss. The Court held a status conference with the parties on June 24, 2008. This order memorializes the Court's rulings at the conference.

The Wayne County 3rd Judicial Circuit Court is DISMISSED because it is an arm of the state and entitled to 11th Amendment immunity. See Abick v. State of Michigan, 803 F.2d 874 (6th Cir. 1986). Judge Baxter, in her official capacity, is DISMISSED on the grounds of judicial immunity. See Pierson v. Ray, 386 U.S. 547 (1967). The case continues against Judge Baxter in her individual capacity.

The Case Manager shall schedule a hearing on the motion to dismiss in 45 days.

SO ORDERED.

Dated: July 1, 2008                         s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

**08-11168 Graves v. Wayne County 3rd Judicial Circuit Court, et al**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Karen Ann Graves, 1045 W Huron River Drive, Belleville, MI 48111 on this date, July 1, 2008, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160